IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| RANDALL S. LOYED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0161-CV-C-DW |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Joint Stipulation for Dismissal. (Doc. 12). Parties have stipulated that this case be dismissed with prejudice, each party to bear his or its own attorney's fees and costs. No attorney's fees or costs are to be awarded against any party.

Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. See Fed. R. Civ. P. 41. The clerk of the court shall mark this case as closed.

Date: October 4, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court